AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GRUMPY CAT LIMITED,

Plaintiff,

V.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, et al.,

Defendants.

CASE NUMBER: 24-cv-2702

ASSIGNED JUDGE: Jorge L. Alonso

DESIGNATED MAGISTRATE JUDGE: M. David Weisman

TO: (Name and address of Defendant)

lofclofc and all other Defendants identified in the Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Hierl
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Jamie Sicha*

(By) DEPUTY CLERK



May 2, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>May 2, 2024 |
| NAME OF SERVER (PRINT)<br>John Wilson | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): On May 2, 2024, I sent an email containing a copy of the Motion for Entry of a Preliminary Injunction, Memorandum in Support of Entry of a Preliminary Injunction, Complaint, TRO, and Summons to the email addresses identified in Schedule A to the Complaint and any email addresses provided for Defendants by third parties that includes a link to a website containing the aforementioned pleadings.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 2, 2024     _____
                    Date                     Signature of Server

                                 70 W. Madison St., Suite 4000, Chicago, IL 60602
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.