


BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
3/28/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

QR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Grumpy Cat Limited | ) | **Case Number**: Case 24-cv-2702 |
| Plaintiff | ) | |
| | ) | **Judge:** Hon. Jorge L. Alonso |
| v. | ) | |
| More than Myriad | ) | **Magistrate Judge:** Hon. M. David Weisman |
| Defendant | ) | |

Grumpy Cat Limited v. The Individuals, et al.
Case No. 24-cv-2702
MOTION TO SET ASIDE DEFAULT JUDGMENT AND REQUEST FOR DISMISSAL

I, Harshal, the owner of the Redbubble store "More than Myriad", respectfully submit this motion as a pro se defendant in the above-captioned matter.

I am a resident of India and not a U.S. citizen or resident. I operate my small online store independently and had no legal knowledge of trademark laws in the United States at the time I listed a design titled with the phrase "grumpy cat."

I would like to sincerely clarify that the image I used in that design was a completely different cat, not the famous "Grumpy Cat" image owned by the plaintiff. The phrase "grumpy cat" was used only in a descriptive and humorous sense to portray the mood of the illustration. There was no intention to violate or misuse any registered trademark.

Below is a screenshot from Redbubble showing the design that was removed and the notice I received regarding the takedown.

When I received notice of the lawsuit via email, I was overwhelmed and unaware of how to respond properly to a legal case filed in another country. Due to financial and logistical limitations, I could not appear or hire a lawyer in the U.S.

As a result of this lawsuit, my Redbubble.com account was suspended and my earnings of approximately $300 have been withheld by Redbubble.com. These earnings were my primary source of income, and the freezing of these funds has further made it difficult for me to make ends meet.
I respectfully request the Court to consider setting aside any default judgment entered against me pursuant to Federal Rules of Civil Procedure Rule 55(c) and 60(b), on grounds of excusable neglect, lack of willful infringement, and the hardship of responding internationally.

I also request dismissal of the case against me on the grounds that I am not subject to personal jurisdiction in the United States, as I am an Indian citizen with no physical or business presence in the U.S.

This has been a difficult and stressful situation for me, and I have no intention of infringing on any intellectual property in the future. I humbly ask the Court for understanding in this matter and hope to resolve it without further proceedings or penalties. I have also attached the screenshot of my design which was removed, I have sold only 1 greeting card with the design and earned 28 cents from it (attached)

Attaching the earnings made by selling the design as a greeting card against which the plaintiff has filed the suit



