# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Grumpy Cat Limited

                                Plaintiff,

v.                                            Case No.: 1:24−cv−02702

                                               Honorable Jorge L. Alonso

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: The Court grants the moving Defendants' motions to set aside default judgment [115] [125] [126]. The Court denies Defendant's motion to proceed in forma pauperis [116] without prejudice at this time because it is unnecessary. Telephonic status hearing set for May 29, 2025 at 9:30 a.m. Chicago Time. The parties shall file joint or separate status reports, including proposed next steps for the case, at least 3 days before the hearing. The Court also anticipates further considering issues regarding joinder, personal jurisdiction, preliminary injunctive relief, and Plaintiff's basis for pursuing trademark infringement litigation against each Defendant, along with Defendant's pending motion to dismiss [119]. Members of the public and media will be able to call in to listen to this hearing. The call−in number is +1 650−479−3207 and the access code is 1804010308. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.