BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
5/26/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

GRUMPY CAT LIMITED ) ) ) Plaintiff ) ) v. ) THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND ) Defendant )

**Case Number:** Case No. 24-cv-2702

**Judge:** Jorge L. Alonso

**Magistrate Judge:** M. David Weisman

********************* INDIVIDUAL STATUS REPORT **********************

Defendant No. 86, “ More than Myriad, ” by and through its owner Harshal Pardeshi, respectfully submits this Individual Status Report pursuant to the Court ’ s May 16, 2025 Minute Order [Dkt. No. 129].

**1. STATUS OF COMMUNICATION WITH PLAINTIFF ’ S COUNSEL

On May 23, 2025, I contacted counsel for the Plaintiff via email, offering my full cooperation to submit a Joint Status Report and attempt an amicable resolution. I provided written consent for the use of my digital signature, and I expressed willingness to explore a symbolic settlement reflecting the nature of the alleged infringement. However, I received no response to this request, and to date, no joint filing was coordinated.

I also wish to clarify that Plaintiff ’ s counsel misrepresented the court's actual filing deadline as May 23, when the official Minute Order [Dkt. No. 129] clearly states the deadline is May 26, 2025.

**2. POSITION OF DEFENDANT “ MORE THAN MYRIAD ” **

I respectfully assert that this matter should be dismissed. The design at issue did not use any trademarked or copyrighted image associated with the Grumpy Cat brand. It was created solely using a high-resolution image sourced from Canva and additional graphical elements available through my paid Canva Pro subscription.

The phrase “ grumpy cat ” was used descriptively to characterize the emotion of the image and not in reference to or as an endorsement of the Plaintiff ’ s brand. There was no misuse of Grumpy Cat ’ s visual identity, likeness, or registered marks.

The design was listed on Redbubble and resulted in only one sale, generating approximately $3 USD. I have retained and now attach exhibits as proof, including the Redbubble sales receipt, the original Canva template assets used, and the final image submitted to Redbubble. These clearly demonstrate the origin of the design and the lack of any infringement on the Plaintiff ’ s intellectual property.

**3. PROPOSED NEXT STEPS**

Given the lack of actual infringement, the limited commercial outcome, and the clear distinction from the Plaintiff ’ s protected imagery, I respectfully request that the Court consider dismissal of this case as to my store, “ More than Myriad. ”

## Sales History – Sales by Work

Sales by Time    Payment History    When do I get paid?

| Work | Qty | Margin | Tax |
|---|---|---|---|
| Grumpy Cat Christmas Greeting | 1 | US$3.14 | US$0.28 |

Removal of my artwork from Redbubble after the Plaintiff Filed a infringement lawsuit.

**Hi More than,**

We're sorry, but we had to remove your artwork from the Redbubble marketplace under our IP & Publicity Rights Policy, because we received a complaint from someone alleging that your artwork violates their rights.

More information:

**Rights holder:** Grumpy Cat Limited

**Subject matter:** Grumpy Cat

**Affected Artwork:**



Grumpy Cat Christmas Greeting
https://www.redbubble.com/shop/ap/61136143

I didn't use the trademarked graphic of the cat from the Plaintiff I have the Licensed assets I used from Canva Here is the template of the same I used

https://www.canva.com/templates/EADajtCX2T0-green-grumpy-cat-christmas-card/



And the high resolution image I used in the cat, this is **NOT** the trademark of the plaintiff






### भारत सरकार
### Government of India

### भारतीय विशिष्ट ओळख प्राधिकरण
### Unique Identification Authority of India

नोंदणी क्रमांकः/ Enrolment No.: 2006/60086/00041

To
हर्षल राजू परदेशी
Harshal Raju Pardeshi
181/4 PRAGATI CHS,
CHARKOP SECTOR 1,
VTC: Kandivli (West),
District: Mumbai,
State: Maharashtra,
PIN Code: 400067,
Mobile: 9769608602



आपला आधार क्रमांक / Your Aadhaar No. :

## XXXX XXXX 3924
**VID : 9126 7613 4406 4422**

### माझे आधार, माझी ओळख

---





### माहिती / INFORMATION

- आधार हा ओळखीचा पुरावा आहे, नागरिकत्वाचा किंवा जन्मतारखेचा नाही. जन्मतारीख आधार क्रमांक धारकाने प्रस्तुत केलेल्या नियमांमध्ये निर्दिष्ट केलेल्या जन्मतारीख दस्तऐवजाच्या पुराव्याद्वारे समर्थित असलेल्या माहितीवर आधारित आहे.
- ह्या आधार पत्राची पडताळणी UIDAI-नियुक्त प्रमाणीकरण एजन्सीद्वारे ऑनलाइन प्रमाणीकरणाद्वारे किंवा ॲप स्टोअरमध्ये उपलब्ध mAadhaar किंवा Aadhaar QR स्कॅनर ॲप वापरून किंवा www.uidai.gov.in वर उपलब्ध सुरक्षित QR कोड रीडर ॲप वापरून QR कोड स्कॅनिंगद्वारे सत्यापित केले जावे.
- आधार अद्वितीय आणि सुरक्षित आहे.
- ओळख आणि पत्त्याला आधार देणारी कागदपत्रे आधार नोंदणीच्या तारखेपासून दर 10 वर्षांनी आधारमध्ये अद्यतनित केली जावीत.
- आधार तुम्हाला विविध सरकारी आणि गैर-सरकारी लाभ/सेवांचा लाभ घेण्यास मदत करते.
- आधारमध्ये तुमचा मोबाईल नंबर आणि ईमेल आयडी अपडेट ठेवा.
- आधार सेवांचा लाभ घेण्यासाठी mAadhaar ॲप डाउनलोड करा.
- आधार/बायोमेट्रिक्स वापरत नसताना सुरक्षितता सुनिश्चित करण्यासाठी लॉक/अनलॉक आधार/बायोमेट्रिक्सचे वैशिष्ट्य वापरा.
- आधारची मागणी करणाऱ्या संस्थांनी संमती घेणे बंधनकारक आहे.
- Aadhaar is proof of identity, not of citizenship or date of birth (DOB). DOB is based on information supported by proof of DOB document specified in regulations, submitted by Aadhaar number holder.
- This Aadhaar letter should be verified through either online authentication by UIDAI-appointed authentication agency or QR code scanning using mAadhaar or Aadhaar QR Scanner app available in app stores or using secure QR code reader app available on www.uidai.gov.in.
- Aadhaar is unique and secure.
- Documents to support identity and address should be updated in Aadhaar after every 10 years from date of enrolment for Aadhaar.
- Aadhaar helps you avail of various Government and Non-Government benefits/services.
- Keep your mobile number and email id updated in Aadhaar.
- Download mAadhaar app to avail of Aadhaar services.
- Use the feature of Lock/Unlock Aadhaar/biometrics to ensure security when not using Aadhaar/biometrics.
- Entities seeking Aadhaar are obligated to seek consent.

---

  

Aadhaar no. issued: 18/03/2012



हर्षल राजू परदेशी
Harshal Raju Pardeshi
जन्म तारीख/DOB: 13/09/1993
पुरुष/ MALE

आधार हा ओळखीचा पुरावा आहे, नागरिकत्व किंवा जन्मतारखेचा नाही.
हे फक्त पडताळणीसाठी वापरले जावे (ऑनलाइन प्रमाणीकरण किंवा Qr कोडचे स्कॅनिंग/ ऑफलाइन XML)
**Aadhaar is proof of identity, not of citizenship
or date of birth.** It should be used with verification (online
authentication, or scanning of QR code / offline XML).

## XXXX XXXX 3924
### माझे आधार, माझी ओळख

---



### भारतीय विशिष्ट ओळख प्राधिकरण
### Unique Identification Authority of India



Details as on: 26/05/2025

पत्ता:
१८१/४ प्रगती सोसायटी, चारकोप सेक्टर १, कांदिवली पश्चिम,
मुंबई,
महाराष्ट्र - 400067
Address:
181/4 PRAGATI CHS, CHARKOP SECTOR 1,
Kandivli (West), DIST: Mumbai,
Maharashtra - 400067



## XXXX XXXX 3924
**VID : 9126 7613 4406 4422**



📞 1947  |  ✉ help@uidai.gov.in  |  🌐 www.uidai.gov.in