

# GRUMPY CAT

**Reg. No. 4,417,549**

**Registered Oct. 15, 2013**

**Int. Cls.: 9, 16, 21, 25 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



GRUMPY CAT LIMITED (OHIO LIMITED LIABILITY COMPANY)
1100 GLENDON AVENUE, 14TH FLOOR
C/O KIA KAMRAN, ESQ.
LOS ANGELES, CA 90024

FOR: PROTECTIVE COVERS AND CASES FOR CELL PHONES, LAPTOPS, TABLET COMPUTERS AND MEDIA PLAYERS; MOUSE PADS; DECORATIVE MAGNETS, REFRIGERATOR MAGNETS; DIGITAL MATERIALS, NAMELY, DOWNLOADABLE VIDEO FILES FEATURING COMEDY; COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES, NAMELY, SOFTWARE FOR GAMES AND DISTRIBUTING IMAGES, VIDEOS AND INFORMATION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-8-2012; IN COMMERCE 11-8-2012.

FOR: PAPER GOODS, NAMELY, POSTERS, ART PRINTS, NOTE CARDS, GREETING CARDS, CHRISTMAS CARDS, PLAYING CARDS, POSTCARDS, POSTAGE STAMPS, CALENDARS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-9-2012; IN COMMERCE 11-9-2012.

FOR: MERCHANDISE, NAMELY, MUGS, COFFEE MUGS, PORCELAIN MUGS, BEER MUGS, BEER STEINS, TRAVEL MUGS, COMMUTER MUGS, MUGS NOT OF PRECIOUS METAL, COFFEE CUPS, TEA CUPS, COASTERS NOT OF PAPER AND NOT BEING TABLE LINEN, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 11-4-2012; IN COMMERCE 11-5-2012.

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, LONG-SLEEVED SHIRTS, POLO SHIRTS, SWEATSHIRTS, HOODIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-28-2012; IN COMMERCE 9-28-2012.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE FEATURING NON-DOWNLOADABLE PHOTOGRAPHIC, AUDIO, VIDEO AND PROSE PRESENTATIONS IN THE FIELD OF COMEDY, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-27-2012; IN COMMERCE 9-27-2012.

*Deputy Director of the United States Patent and Trademark Office*

**Reg. No. 4,417,549** THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAT", APART FROM THE MARK AS SHOWN.

SER. NO. 85-837,936, FILED 1-31-2013.

DEBORAH LOBO, EXAMINING ATTORNEY