

Grumpy Cat Pattern Graphic T-Shirt | Redbubble

REDBUBBLE

Explore cottagecore hoodies

Clothing | Stickers | Phone Cases | Wall Art | Home & Living | Kids & Babies | Accessories | Stationery & Office | Gifts | Explore designs

Save 25% sitewide! Let's start 2024 right.




**Grumpy Cat Pattern Graphic T-Shirt**

Designed and sold by **Neogaia Creations**

$23.75
$31.67 (25% off)

25% off ends soon ✨

Style — Explore more styles

Graphic T-Shirt
Soft tee, crew neck, regular fit

Color  Black

Size — View size guide

XS | S | M | L | XL | 2XL

🛒 Add to cart

Delivery
Express by 1 February
Standard between 1 - 6 February

Not soon enough? **Give a digital gift card.**



Super-easy returns
Problem? No problem. We'll fix it, fast.



**Product features** — ⭐ 4.62 (149 reviews)

- Edge-to-edge front print makes a big, bold, undeniable statement
- Regular fit and soft feel
- Male model shown is 6'1" / 186 cm tall and wearing size Medium
- Female model shown is 5'5" / 167 cm tall and wearing size Small
- Printed front panel is 96% polyester/4% spandex. Solid color back panel, sleeves and neck bind are 100% cotton
- Sublimation transfer technique prints crisp, vivid colors. Print placement may vary slightly from preview.

**Grumpy Cat Pattern**
The cat (Felis catus) is a domestic species of small carnivorous mammal. It is the only domesticated species in the family Felidae and is often referred to as the domestic cat to distinguish it from the wild members of the family.4 A cat can either be a ho

**Also available on** — View this design on +62 products

     

| Sticker | Poster | iPhone Soft Case | Classic Mug | Throw Blanket | Throw Pillow |
|---|---|---|---|---|---|
| $2.19 $2.91 (25% off) | $12.28 $16.39 (25% off) | $17.85 $23.79 (25% off) | $13.33 $17.77 (25% off) | $31.11 $41.49 (25% off) | $16.65 $22.19 (25% off) |



Designed and sold by **Neogaia Creations**
1243 designs

Follow

**More by this artist** — View shop



https://www.redbubble.com/i/t-shirt/Grumpy-Cat-Pattern-by-aldacurtis/82038825.04FSC    1/3



Grumpy Cat Pattern Graphic T-Shirt Sale by Reagan Creations | Redbubble

     

| Cats Pattern | Stay Cool | Cool Cat Mum | stop overthinking | Cat Pattern | Pink Cat Pattern |
|---|---|---|---|---|---|
| $23.75 | $23.75 | $23.75 | $23.75 | $23.75 | $23.75 |
| $31.67 (25% off) | $31.67 (25% off) | $31.67 (25% off) | $31.67 (25% off) | $31.67 (25% off) | $31.67 (25% off) |

## Graphic T-Shirts you might like

View more similar designs

    

| Pink Daisy Checkered Pattern Gr… | Not Happy Part Deux Graphic T-… | I'm Mad Angry Cat Graphic T-Sh… | Angry Cloud Graphic T-Shirt | Death Rides A Black Cat Graphic… | simple grumpy cat design Graph… |
|---|---|---|---|---|---|
| By julieerindesign | By lbauerlein | By razvigod | By SakuraArtsCC | By obinsun | By amiewho |
| $23.75 | $23.75 | $21.77 | $23.75 | $23.95 | $23.75 |
| $31.67 (25% off) | $31.67 (25% off) | $29.03 (25% off) | $31.67 (25% off) | $31.93 (25% off) | $31.67 (25% off) |

     

| Grumpy cat with bunny ears Gra… | Not Happy Graphic T-Shirt | Today's Mood- Serial Killer, Angr… | Why So <Crabby> Graphic T-Shirt | What a croc!! Graphic T-Shirt | Grumpy Frog - Matsumoto Hoji … |
|---|---|---|---|---|---|
| By GabiToma | By lbauerlein | By JoyGDesigns | By Deathbunny | By Fr0mtheMachine | By nphindenberg |
| $24.74 | $23.75 | $23.75 | $23.75 | $25.73 | $23.75 |
| $32.99 (25% off) | $31.67 (25% off) | $31.67 (25% off) | $31.67 (25% off) | $34.31 (25% off) | $31.67 (25% off) |

## Looking for something different?

Search below.

Explore cottagecore hoodies

| cat graphic t-shirts | grumpy graphic t-shirts | angry graphic t-shirts | upset graphic t-shirts | cute graphic t-shirts | cats graphic t-shirts |

### Graphic T-Shirts Tags

cat graphic t-shirts   grumpy graphic t-shirts   angry graphic t-shirts   upset graphic t-shirts   cute graphic t-shirts   cats graphic t-shirts   pattern graphic t-shirts   animal graphic t-shirts   kitten graphic t-shirts   kitty graphic t-shirts   funny graphic t-shirts   fun graphic t-shirts   pet graphic t-shirts   heart graphic t-shirts   adorable graphic t-shirts

### All Product Tags

cat   grumpy   angry   upset   cute   cats   pattern   animal   kitten   kitty   funny   fun   pet   heart   adorable

### Trending topics

couples t-shirts   roses t-shirts   hearts t-shirts   cupids t-shirts   galentines day t-shirts   valentines day t-shirts   love t-shirts   rose gold valentine t-shirts   pink aesthetic t-shirts   lace t-shirts   marshmallow t-shirts   christmas dessert t-shirts   jingle bells t-shirts   eggnog t-shirts   christmas party t-shirts   postage stamps t-shirts   yoga t-shirts   st. nicholas t-shirts   gem t-shirts   mistletoe t-shirts

 **Worldwide Shipping**
Available as standard or express delivery
Learn more

 **Secure Payments**
100% Secure Payment with 256-bit SSL encryption
Learn more

 **Free Return**
Exchange or money back guarantee for all orders
Learn more

 **Local Support**
24/7 Dedicated support
Learn more

⚠ Report Content   /   Copyright Infringement Policy

🇺🇸 USD$ - English   Mature content: Hidden



   

Explore graffiti-inspired blankets



Share

# Neogaia Creations

Joined January 2012 • 1243 designs • View artist profile

**Shop products**   Explore designs

Featured collection
## Holidays                                                                                                   Shop all >

     

| Christmas Knit Pattern Gra... | Christmas Knit Pattern Sti... | Christmas Knit Sticker | Christmas Pattern Sticker | Made in the USA Sticker | Christmas Pattern Sticker |
|---|---|---|---|---|---|
| $23.75 | From $1.46 | From $1.46 | From $1.46 | From $1.46 | From $1.46 |
| $31.67 (25% off) | | | | | |

## Filters

**Collection**
All Collections

**Category**
  All Categories
  Clothing
  Kids & Babies
  Phone Cases
  Stickers
  Wall Art
  Home & Living
  Stationery & Office
  Accessories
  Pets

**Price**
  [ ] $
  [ ] $$
  [ ] $$$

**Artwork Medium**
  (●) All Mediums
  ( ) Design & Illustration

**Collections**  30 Collections

 Zodiac     Wellness     Quotes     Botanicals     Family

**Shop** 1,243 Results                                                              Most Relevant ∨

   

| Mediterranean Mosaic Tiles / A... | Mediterranean Mosaic Tiles / A... | Gold Fleur de Lis Sticker | Mediterranean Mosaic Tiles / A... |
|---|---|---|---|
| $12.98 | $13.33 | From $1.46 | $24.17 |
| $17.31 (25% off) | $17.77 (25% off) | | $32.24 (25% off) |

 

| Mediterranean Lifestyle - Lemo... | Blue Floral Paisley Sticker | Mediterranean Tiles & Lemons ... | Luxury Floral Paisley Sticker |
|---|---|---|---|
| From $1.71 | From $1.46 | $11.76 | From $1.46 |
| | | $15.69 (25% off) | |



REDBUBBLE

Search for products or designs

1

## Checkout

| | |
|---|---|
| 1 ITEM | ~~$31.67~~ $23.75 |
| SHIPPING | $6.58 |
| TAX | $2.69 |
| SUBTOTAL | $33.02 |

OR

Pay in 4 interest-free payments of $8.26 with afterpay ⓘ

This order is a gift

1 Shipping to United States EDIT

Delivers between 1 - 6 February
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

2 Checkout using card EDIT

Total $33.02

3 Shipping details EDIT

[redacted]
(For receipt and order confirmation)

[redacted]

28W700 Perkins Ct,
Naperville, IL 60564
UNITED STATES

(Includes $2.69 in taxes)

4 What are your credit card details?

•••• •••• •••• [redacted]

Pay with a different card

| | |
|---|---|
| 1 ITEM | $23.75 |
| SHIPPING | $6.58 |
| TAX | $2.69 |
| TOTAL | $33.02 |

Secure Checkout | Redbubble

By clicking pay, I agree to Redbubble's User Agreement

Pay $33.02


### Carbon Neutrality
Investing in programs that help the environment

Learn more


### Worldwide Shipping
Available as Standard or Express delivery

Learn more


### Secure Payments
100% Secure payment with 256-bit SSL Encryption

Learn more


### Super Service
Hassle-free returns and friendly customer support

Learn more

Mature Content: **Hidden**   United States - USD$ - English

ABOUT US   SOCIAL RESPONSIBILITY   BLOG   DELIVERY   INVESTOR CENTRE   JOBS   CONTACT US   HELP

© Redbubble. All Rights Reserved  /  User Agreement  /  Privacy Policy  /  Do not sell my personal information  /  Copyright  /  Affiliates  /  Give $10, Get $10  /

Student Discount  /  Guidelines  /  Log Out

