BC
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]
FILED
6/18/2025
PJJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

GRUMPY CAT LIMITED,

Plaintiff

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND

Defendant

Case Number: 24-cv-2702

Judge: Jorge L. Alonso

Magistrate Judge: M. David Weisman

DEFENDANT NO. 86 “MORE THAN MYRIAD’S” MEMORANDUM (i) IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM, AND (ii) TO DISSOLVE THE PRELIMINARY INJUNCTION ENTERED MAY 7 2024 [DKT. 52-53], IN REPLY TO PLAINTIFF’S MEMORANDUM [DKT. 134]

I. INTRODUCTION

On **12 June 2025** Plaintiff filed its “Memorandum in Response to Order of May 29, 2025” (**Dkt. 134**) asking the Court to keep in place the preliminary injunction it won on **7 May 2024** (**Dkt. 52-53**) :contentReference[oaicite:10]{index=10}. Defendant “More than Myriad” respectfully shows that:

* The Court lacks personal jurisdiction over it, because the record reflects **one unsolicited Internet sale—priced at $ 5.86, yielding a profit credit of just $ 3.14—** to a customer outside Illinois :contentReference[oaicite:11]{index=11}.

* The words **“Grumpy Cat” were used only descriptively**, taken from a Canva-Pro template entitled *Grumpy Cat Christmas Greeting Sticker* that Defendant purchased and then rebuilt from scratch (screenshots and editable layers attached as Ex. B).

* Under **KP *Permanent Make-Up* v. *Lasting Impression*, 543 U.S. 111 (2004)**, such descriptive fair use bars the Lanham-Act claims, leaving no basis for the injunction to persist.

Accordingly, the complaint should be dismissed as to Defendant No. 86, and the asset freeze dissolved.

II. PROCEDURAL BACKGROUND

The history recited in Plaintiff’s own filing shows:

| Date | Docket entry |
|------|--------------|
| **7 May 2024** | Preliminary Injunction granted [Dkt. 52-53] :contentReference[oaicite:12] |

# EXHIBIT A – REDBUBBLE TRANSACTION RECORD (SINGLE SALE OF "GRUMPY CAT CHRISTMAS GREETING STICKER"; ARTIST MARGIN $ 3.14)





# EXHIBIT B – CANVA-PRO TEMPLATE TITLED "GRUMPY CAT CHRISTMAS GREETING STICKER" (SOURCE & EDITABLE LAYERS)



# EXHIBIT C – SCREENSHOT OF REDBUBBLE LISTING SHOWING PRODUCT TITLE AND "MORE THAN MYRIAD" SHOP BRANDING

