**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Grumpy Cat Limited, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 24 C 2702 |
| v. ) | |
| ) | Judge Jorge L. Alonso |
| The Partnerships and Unincorporated ) | |
| Associations Identified on Schedule "A", ) | |
| ) | |
| Defendants ) | |

## **ORDER**

    Plaintiff filed this lawsuit alleging that the Defendants identified on Schedule A are online counterfeiters who offer products for sale that infringe Plaintiff's "Grumpy Cat" trademarks. R. 1. The Court here addresses motions to dismiss brought by the following Defendants: More than Myriad (Defendant No. 86, moving to dismiss at R. 125); Neogaia Creations (Defendant No. 103, moving to dismiss at R. 119); and smartypaints (Defendant No. 173 moving to dismiss at R. 115).

    Plaintiff has failed to allege that any of these three Defendants actually sold a product in Illinois. Defendant No. 86 sold one allegedly infringing product for a total of $5.86 to a customer outside of Illinois. R. 137 at 1. And for Defendant Nos. 103 and 173, Plaintiff went to their respective websites and inserted shipping details for Illinois, but did not actually purchase the products. R. 122-2 at 5; R. 123-2 at 5. Based on screenshots showing these shipping details, Plaintiff argues that personal jurisdiction is met because the Defendants "offered to sell" in Illinois. R. 122 at 6.

    This is not sufficient to meet personal jurisdiction. "Courts in this District agree that in infringement cases like this, the online retailer generally must have sold at least one product in Illinois for personal jurisdiction to exist." *See Roblox Corp. v. Bigfinz*, 2023 WL 8258653, at *1 (N.D. Ill. Nov. 29, 2023) (collecting cases) (finding personal jurisdiction was not met where plaintiff "merely show[ed] that it [was] possible to purchase Bigfinz's t-shirts and have them shipped to Illinois" but did not provide evidence of an actual purchase in Illinois).

    For this reason, the Court grants the motions to dismiss at R. 115, R. 119, and R. 125. Defendant Nos. 86, 103, and 119 are dismissed from the case. Status hearing set for 7/10/25 stands. The parties should be prepared to discuss whether any further action is needed from the Court.

2

**SO ORDERED.**  **ENTERED: July 8, 2025**

 

_____
**HON. JORGE L. ALONSO**
**United States District Judge**